# No. 12-1778

_____

## UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

_____

### Andrea Jackson Cannon, Plaintiff-Appellant

### v.

### Wells Fargo Bank, N.A., Defendant-Appellee

_____

### Appeal from the United States District Court

### For the District of Maryland Greenbelt Division

_____

### Appellant's Brief

_____

Harry T. Spikes, Sr. Fed. No. 02493
For Appellant, Andrea Jackson Cannon
1703 New Jersey Avenue N.W.
Washington, DC 20001
(202) 288-4175 Facsimile (301) 248-6865
E mail address: harryspikes@gmail.com