FILED: May 14, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1778
(8:12-cv-00377-RWT)
_____

ANDREA JACKSON CANNON

      Plaintiff - Appellant

v.

WELLS FARGO BANK, NATIONAL ASSOCIATION, and Affiliate, Wells Fargo Insurance Corporation

      Defendant - Appellee

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Gregory, Judge Duncan and Judge Davis.

      For the Court

      /s/ Patricia S. Connor, Clerk