# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 4, 2014

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

Re: Andrea Jackson Cannon
v. Wells Fargo Bank, National Association, et al.
Application No. 13A798   (13-7034)
(Your No. 12-1778)

Dear Clerk:

The application for an extension of time within which to comply with the order of January 13, 2014 in the above-entitled case has been presented to The Chief Justice, who on February 4, 2014, extended the time to and including March 17, 2014.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by
Jeffrey Atkins
Supervisor-Case Analyst Division

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Ms. Andrea J. Cannon
12400 Fort Washington Road
Fort Washington, MD 20744


Mr. Russell J. Pope
Treanor Pope & Hughes, P.A.
500 York Road
Townson, MD 21204


Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219